# HAFETZ NECHELES & ROCCO

ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110
TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: INFO@HNRLAWOFFICES.COM

September 6, 2012

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __9-7-12__

VIA FACSIMILE

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   U.S. v. Goldberger et al.   &   U.S. v. Ashkenazi et al.
          12-CR-598 (PAC)                    12-CR-594 (PKC)

Dear Judge Crotty:

I write to respectfully request that Your Honor permit defendant Samuel Goldberger to attend religious services in connection with the Jewish High Holidays pursuant to the terms of his bail conditions.

Mr. Goldberger is under indictment in two separate cases in this District. On August 15, 2012 Mr. Goldberger was simultaneously arraigned in the above-captioned case pending before Your Honor, and presented for his initial appearance in the above captioned case pending before Judge Castel. Mr. Goldberger's bail conditions set by Magistrate Judge Peck for both cases include home confinement with electronic monitoring with the caveat that Mr. Goldberger is permitted to attend "religious services on advance notice to Pretrial." (Docket No. 15).

On September 5, 2012, my associate Noah Shelanski emailed Mr. Goldberger's Pretrial Services Officer Dennis Khilkevich, requesting that Mr. Goldberger be permitted to attend a number of religious services in connection with the upcoming Jewish Holidays. (See Exhibit A). Mr. Shelanski's email attached a schedule of the religious services prepared by the administration of the Mr. Goldberg's synagogue. (See Exhibit B). Mr. Shelanski was informed by Officer Khilkevich that due to the "complexity and extent of the request, we would need the Judge's endorsement" for the request. (See Exhibit C) Accordingly, I request permission for Mr. Goldberger to attend the religious services set forth in Mr. Shelanski's September 5th email to Officer Khilkevich for: (1) Selichot (services to recite penitential prayers prior to Yom

HAFETZ NECHELES & ROCCO

Hon. Paul A. Crotty
9/6/2012
Page 2 of 2

Kippur); (2) Rosh Hashanah (the Jewish New Year, which lasts for two days beginning at
sundown on September 16th and ending one hour after sundown on September 18th); (3) Sabbath
Shuvah (a special Sabbath service during the days of awe between Rosh Hashanah and Yom
Kippur); and (4) Yom Kippur (the Day of Atonement, the holiest day of the Jewish year) The
schedule of services is as follows:

| Date | Religious Event | Leave Home | Return Home |
|------|----------------|-----------|-------------|
| September 9, 2012 | Selichot | 4:50am | 10:30am |
| September 16, 2012 | Selichot | 4:50am | 8:10am |
| September 16, 2012 | Rosh Hashanah | 7pm | 10:50pm |
| September 17, 2012 | Rosh Hashanah | 7:20am | 5:40pm |
| September 17, 2012 | Rosh Hashanah | 6:35pm | 9pm |
| September 18, 2012 | Rosh Hashanah | 7:20am | 5:40pm |
| September 18, 2012 | Rosh Hashanah | 6:35pm | 9pm |
| September 22, 2012 | Sabbath Shuvah | 9:05am | 1:40pm |
| September 25, 2012 | Selichot | 5:20am | 8:10am |
| September 25, 2012 | Yom Kippur | 2:20pm | 4:40pm |
| September 25, 2012 | Yom Kippur | 6:10pm | 11:10pm |
| September 26, 2012 | Yom Kippur | 7:20am | 8:40pm |

If this proposed schedule of religious services meets with Your Honor's approval, I
request that you "so-order" this letter.

Respectfully submitted,

Susan R. Necheles

cc:   AUSA Natalie Lemarque       (via email)
      AUSA Rachel Maimin          (via email)
      AUSA Daniel Ben Tehrani     (via email)
      Joseph A. Grob, Esq.        (via email)
      Royce Russell, Esq.         (via email)

SO ORDERED:   9 - 7 - 12

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

# Exhibit A

Noah E. Shelanski

| | |
|---|---|
| **From:** | Noah E. Shelanski |
| **Sent:** | Wednesday, September 05, 2012 2:59 PM |
| **To:** | Dennis_Khilkevich@nyspt.uscourts.gov |
| **Cc:** | nysptml_emunit@nyspt.uscourts.gov |
| **Subject:** | Samuel Goldberger |
| **Attachments:** | Congregation Kehilath Yakov Pupa - High Holidays 2012 (00105813).PDF |

Dennis:

As I mentioned to you yesterday, Mr. Goldberger has a busy religious schedule due to the upcoming Jewish Holidays. I have attached a fax from the administrator at Mr. Goldberger's synagogue listing the times of the upcoming High Holiday services. I have placed these times into the chart below and added 10 minutes on either side of the scheduled services so as to allow Mr. Goldberger sufficient time to travel between his home and the synagogue (there is one exception to the 10 minutes added for September 9th, which I have explained below). These are the times that I am requesting that Mr. Goldberger be permitted to leave his home.

| Date | Religious Event | Leave Home | Return Home |
|---|---|---|---|
| September 9, 2012 | Selichot | 4:50am | 10:30am* |
| September 16, 2012 | Selichot | 4:50am | 8:10am |
| September 16, 2012 | Rosh Hashanah | 7pm | 10:50pm |
| September 17, 2012 | Rosh Hashanah | 7:20am | 5:40pm |
| September 17, 2012 | Rosh Hashanah | 6:35pm | 9pm |
| September 18, 2012 | Rosh Hashanah | 7:20am | 5:40pm |
| September 18, 2012 | Rosh Hashanah | 6:35pm | 9pm |
| September 22, 2012 | Sabbath Shuvah | 9:05am | 1:40pm |
| September 25, 2012 | Selichot | 5:20am | 8:10am |
| September 25, 2012 | Yom Kippur | 2:20pm | 4:40pm |
| September 25, 2012 | Yom Kippur | 6:10pm | 11:10pm |
| September 26, 2012 | Yom Kippur | 7:20am | 8:40pm |

*Although the attached fax indicates that the Selichot service for September 9th will end at 9:30am, I have requested that Mr. Goldberger be permitted to return home at 10:30am. The reason for this request is that this service includes a visit to a cemetery in Westchester county with the entire synagogue community. Because Mr. Goldberger will be returning home from Westchester and not from the synagogue which is near to his home, I have requested the additional time following the service so that he will have sufficient time to return home.

Please note that this request does not include permission for Mr. Goldberg to attend other standard Friday and Saturday religious services which vary in time from week to week due to the changing times of the sunset. Mr. Goldberg or I will contact you in the future regarding permission to attend those religious services.

Best regards,

Noah

**Noah E. Shelanski**
**Hafetz Necheles & Rocco**
**500 Fifth Avenue, 29th Floor**
**New York, NY 10110**
**Phone: (212) 997 - 7595**
**Fax: (212) 997 - 7646**

1

# Exhibit B

# Congregation Kehilath Yakov Pupa

### 654-658 Bedford Ave. Brooklyn NY 11249

September 4, 2012

To whom it may concern;

This is to confirm that Samuel Goldberger residing at 5 Lorimer Street, Brooklyn NY 11208, is a member of our Congregation, and attends all services in our synagogue.

Our schedules for the upcoming special Holidays – Selichot, Rosh Hashanah and, Yom Kippur[1] - are as follows:

\* Selichot – **Sunday Sep. 9, 2012** service will start at 5:00 am, and will end approximately 9:30 am.

\* Selichot – **Sunday Sep. 16, 2012**, service will start at 4:30 am, and will end approximately 8:00

\* Rosh Hashanah – **Sunday evening thru Tuesday night, Sep. 16-18 2012:**

Sunday evening services 7:10 ~ 10:40 pm

Day services (Monday & Tuesday) Starting from 7:30 am till approx 5:00 pm (Note: ending time may vary between 4:30-5:30 pm)

Evening services (Monday & Tuesday) 6:45 pm, and will end approximately 8:50 pm.

\* Sabbath Shuvah (the Sabbath between Rosh Hashanah and Yom Kippur) - **Saturday September 22 2012**, morning services will end at approximately 1:30. All other Sabbath services are as a regular Sabbath.

\* Selichot – **Tuesday Sep. 25, 2012**, service will start at 5:30 am, and will end approximately 8:00

\* Yom Kippur – **Tuesday afternoon thru Wednesday night, September 25-26 2012:**

Tuesday afternoon services 2:30 – 4:30 pm. Tuesday evening services 6:20 – 11:00 pm.

Wednesday services continue all day long, starting at 7:30 am till 8:30 pm.

Sincerely;

J. Friedman, Secretary

P. S. I can be reached at 347-482-8224.

---

[1] Description: "Selichot" - several days before High Holidays we begin to recite the Salichot, a series of penitential prayers and liturgy. "Rosh Hashanah" - the Jewish New Year. "Yom Kippur" - the Day of Atonement.

# Exhibit C

Noah E. Shelanski

| | |
|---|---|
| **From:** | Dennis_Khilkevich@nyspt uscourts.gov |
| **Sent:** | Wednesday, September 05, 2012 4 18 PM |
| **To:** | Noah E. Shelanski |
| **Cc:** | Rebecca_Smith@nyspt uscourts.gov |
| **Subject:** | Re: Samuel Goldberger |

Noah,
Given the complexity and extent of the request, we would need the Judge's endorsement.

Dennis Khilkevich
U.S. Pretrial Services/SDNY
Location Monitoring Unit
212-805-4147

---

From: "Noah E. Shelanski" [nes@hnrlawoffices.com]
Sent: 09/05/2012 02:59 PM AST
To: Dennis Khilkevich
Cc: <nysptml_emunit@nyspt.uscourts.gov>
Subject: Samuel Goldberger

Dennis:

As I mentioned to you yesterday, Mr. Goldberger has a busy religious schedule due to the upcoming Jewish Holidays. I have attached a fax from the administrator at Mr. Goldberger's synagogue listing the times of the upcoming High Holiday services. I have placed these times into the chart below and added 10 minutes on either side of the scheduled services so as to allow Mr. Goldberger sufficient time to travel between his home and the synagogue (there is one exception to the 10 minutes added for September 9th, which I have explained below). These are the times that I am requesting that Mr. Goldberger be permitted to leave his home:

| Date | Religious Event | Leave Home | Return Home |
|---|---|---|---|
| September 9, 2012 | Selichot | 4:50am | 10:30am* |
| September 16, 2012 | Selichot | 4:50am | 8:10am |
| September 16, 2012 | Rosh Hashanah | 7pm | 10:50pm |
| September 17, 2012 | Rosh Hashanah | 7:20am | 5:40pm |
| September 17, 2012 | Rosh Hashanah | 6:35pm | 9pm |
| September 18, 2012 | Rosh Hashanah | 7:20am | 5:40pm |
| September 18, 2012 | Rosh Hashanah | 6:35pm | 9pm |
| September 22, 2012 | Sabbath Shuvah | 9:05am | 1:40pm |
| September 25, 2012 | Selichot | 5:20am | 8:10am |
| September 25, 2012 | Yom Kippur | 2:20pm | 4:40pm |
| September 25, 2012 | Yom Kippur | 6:10pm | 11:10pm |
| September 26, 2012 | Yom Kippur | 7:20am | 8:40pm |

*Although the attached fax indicates that the Selichot service for September 9th will end at 9:30am, I have requested that Mr. Goldberger be permitted to return home at 10:30am. The reason for this request is that this service includes a visit to a cemetery in Westchester county with the entire synagogue community. Because Mr. Goldberger will be

returning home from Westchester and not from the synagogue which is near to his home, I have requested the additional time following the service so that he will have sufficient time to return home.

Please note that this request does not include permission for Mr. Goldberg to attend other standard Friday and Saturday religious services which vary in time from week to week due to the changing times of the sunset. Mr. Goldberg or I will contact you in the future regarding permission to attend those religious services.

Best regards,

Noah

**Noah E. Shelanski**
**Hafetz Necheles & Rocco**
**500 Fifth Avenue, 29th Floor**
**New York, NY 10110**
**Phone: (212) 997 - 7595**
**Fax: (212) 997 - 7646**
**nshelanski@hnrlawoffices.com**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*THE INFORMATION AND COMMUNICATION CONTAINED IN THIS EMAIL MESSAGE ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT HAS BEEN ADDRESSED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY EMAIL OR TELEPHONE AND DELETE THIS EMAIL IMMEDIATELY. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK-PRODUCT PRIVILEGE.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Hafetz Necheles & Rocco

*500 Fifth Avenue*
*New York, NY 10110*
*Tel. 212-997-7595*
*Fax 212-997-7646*
*www.hnrlawoffices.com*

## FACSIMILE TRANSMISSION COVER SHEET

**TO:** Hon. Paul A. Crotty

**DATE:** September 6, 2012

**FROM:** Noah E. Shelanski

**FAX NUMBER:** (212) 805-6304

**RE:**   U.S. v. Goldberger et al. – 12-CR-598 (PAC)
         U.S. v. Ashkenazi et al. – 12-CR-581 (PKC)

**CC:**   AUSA Natalie Lemarque          (via email)
         AUSA Rachel Maimin             (via email)
         AUSA Daniel Ben Tehrani        (via email)
         Joseph A. Grob, Esq.           (via email)
         Royce Russell, Esq.            (via email)

**NO. OF PAGES (INCLUDING COVER SHEET):** 10

\* \* \* \* \* \* \* \*

**MESSAGE:**

{00105825 DOC;1}NOTE: If you do not receive the number of pages indicated, please call us at 212/997-7595

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAME ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA FIRST CLASS MAIL. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK-PRODUCT PRIVILEGE.